UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:13-CR-017 JD |
| | ) | |
| MICHAEL A. VOLPE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 16, 2013 [DE 23]. Accordingly, the court now ADOPTS those findings and recommendations, with the exception that the schedule for sentencing laid out therein has been superseded by the schedule laid out by this court in the order entered May 20, 2013. [DE 25]. The Court ACCEPTS defendant Michael Volpe's plea of guilty, and FINDS the defendant guilty of Counts 2 and 32 of the Indictment, in violation of 18 U.S.C. §§ 1343 and 1957.

SO ORDERED.

ENTERED:  June 4, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court